IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

SANDRA CARRASQUILLO VEGA      *     CASE NO. 09-07281-SEK

DEBTOR     *     CHAPTER 13

********************************

## MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN

TO THE HONORABLE COURT:

NOW COMES, **SANDRA CARRASQUILLO VEGA**, through the undersigned attorney, and very respectfully states and prays as follows:

1. Debtor is hereby submitting a Post-confirmation Modification of Chapter 13 Plan, dated April 28, 2010, herewith and attached to this motion.

2. This Post-confirmation Modification Plan is filed to clarify the information of tax refunds.

### NOTICE TO CREDITORS AND PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN, that debtor proposed post-confirmation Plan is hereby circulated to all creditors and parties in interest. You are hereby notify that you have twenty (20) days to reject the proposed modification of this Plan and request a hearing.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq.; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants and debtor, Sandra Carrasquillo Vega; and to all creditors and parties in interest in the present case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 28th day of April, 2010.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEYS FOR PETITIONER
PO BOX 193677
San Juan PR 00919-3677
TEL NO (787) 744-7699 FAX 746-5294
Email: rfigueroa@prtc.net

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                           Case No. **09-07281-13**

**CARRASQUILLO VEGA, SANDRA**
                        Debtor(s)

Chapter **13**

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **4/28/2010**           ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION      Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **60** = $ **12,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **12,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **12,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,854.00**

Signed: **/s/ SANDRA CARRASQUILLO VEGA**
         Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **MUEBLERIA BERRIC** Cr. _____ Cr. _____
# **2306258401** # _____ # _____
$ **1,376.25** $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."*Any tax refunds received during the term of the Plan shall be paid into the plan as a additional payment.
Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to MUEBLERIA BERRIOS thru the Trustee in the sum $20.00 per month for the next eight months or until confirmation.
*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**      Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

CARRASQUILLO VEGA, SANDRA
PO BOX 9761
CIDRA, PR 00739

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677

BANCO POPULAR DE PR
PO BOX 362708
SAN JUAN, PR 00936-2708

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR 00936-8100

CITIFINANCIAL PLUS
PO BOX 499
HANOVER, MD 21076

COOP A/C SAN JOSE
PO BOX 2020
AIBONITO, PR 00705

MUEBLERIA BERRIOS
PO BOX 674
CIDRA, PR 00739-0674

PEP BOYS
BANK ONE 1802
DAYTON, OH 45401-1802

T-MOBILE
PO BOX 742596
CINCINNATI, OH 45274-2596