IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                         *
                                               *        CASE NO. 09-07281 MCF
SANDRA CARRASQUILLO VEGA                        *
                                               *        CHAPTER 13
DEBTOR                                          *
_____        *

## DEBTORS' MOTION REQUESTING ENTRY OF ORDER
## RE: AUTHORIZATION TO USE 2012 TAX REFUND DOCKET NO. 28

TO THE HONORABLE COURT:

NOW COMES, **SANDRA CARRASQUILLO VEGA**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states, prays and requests as follows:

1. On July 23, 2013, the debtor filed a *Motion Requesting Entry of Order RE: Authorization to Use Funds from Tax Refund*, docket no. 28, requesting the Court to issue an Order allowing the debtor to use her 2012 tax refund for certain reasonable and necessary expenses.

2. The debtor's motion requesting authorization to use the 2012 tax refund has a reply/objection notice of fourteen (14) days, which period of time has elapsed.

3. As of the present date, the Court has not ruled on the debtors' request for the use of the 2012 tax refund.

4. The debtor hereby respectfully requests that the Court entertain the debtor's motion concerning her 2012 tax refund, docket no. 28, and issue a ruling on the same.

**Page -2-**
**Debtor's Motion Requesting Order**
**Case no. 09-07281 MCF13**

      **WHEREFORE**, the debtor respectfully requests this Honorable Court grant the present motion and rule on the debtors' motion for authorization to use the 2012 tax refund, docket no. 28, in the above captioned case.

      **CERTIFICATE OF SERVICE**: I hereby certify that a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of the same to: the Chapter 13 Trustee Alejandro Oliveras Rivera, Esq.; I also certify that a copy of this motion was sent via US Mail to Sandra Carrasquillo Vega, PO Box 9761 Cidra PR 00739.

      **RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 13th day of January, 2014.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
ATTORNEY FOR PETITIONER
USDC #203614
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 746-5294
Email: rfigueroa@rfclawpr.com