IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

SANDRA CARRASQUILLO VEGA

XXX-XX-5836

Debtor(s)

CASE NO. 09-07281 MCF

Chapter 13

**FILED & ENTERED ON 01/16/2014**

## ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Motion requesting authorization to use funds from 2012 tax refund, filed by Debtor, docket #28.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 16 day of January, 2014.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge

C:    DEBTOR(S)
      ROBERTO FIGUEROA CARRASQUILLO
      ALEJANDRO OLIVERAS RIVERA